IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE; THE HUMANE SOCIETY OF THE UNITED STATES; WHALE AND DOLPHIN CONSERVATION SOCIETY; NATURAL RESOURCES DEFENSE COUNCIL; CENTER FOR A SUSTAINABLE COAST; FLORIDA WILDLIFE FEDERATION; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; NORTH CAROLINA WILDLIFE FEDERATION; ANIMAL WELFARE INSTITUTE; OCEAN MAMMAL INSTITUTE; CITIZENS OPPOSING ACTIVE SONAR THREATS; and CETACEAN SOCIETY INTERNATIONAL,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY; RAY MABUS, Secretary of the Navy; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE; and GARY LOCKE, Secretary of Commerce.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF INTERESTED PERSONS**
**S.D. Ga. LR 3.2**

The undersigned, counsel of record for Plaintiffs certifies that the following is a full and complete list of the parties in this action:

**Defenders of Wildlife, Plaintiff**

**The Humane Society of the United States, Plaintiff**

**Whale and Dolphin Conservation Society, Plaintiff**

**The Natural Resources Defense Council, Plaintiff**

**The Center for a Sustainable Coast, Plaintiff**

**The Florida Wildlife Federation, Plaintiff**

**The South Carolina Coastal Conservation League, Plaintiff**

**The North Carolina Wildlife Federation, Plaintiff**

**Animal Welfare Institute, Plaintiff**

**Ocean Mammal Institute, Plaintiff**

**Citizens Opposing Active Sonar Threats, Plaintiff**

**Cetacean Society International, Plaintiff**

**United States Department of the Navy, Defendant**

**Ray Mabus, Secretary of the Navy, in his official capacity, Defendant**

**The National Oceanic and Atmospheric Administration, Defendant**

**The National Marine Fisheries Service, Defendant**

**Gary Locke, Secretary of Commerce, in his official capacity, Defendant**

The undersigned further certifies that the following is the known full and complete list of officers, directors, or trustees of the above-identified parties.  With the respect to the defendant parties, the information provided is correct to the best of undersigned counsel's knowledge, information and belief.

(1) **Defenders of Wildlife**

   *Executive Staff:*

Rodger Schlickeisen, President
Jamie Rappaport Clark, Executive Vice-President
William Robert Irvin, Senior Vice-President
Robert Dreher, Senior Vice-President

   *Board of Directors:*

Victor M. Sher, Chair
Richard G. Pritzlaff, Vice Chair
Richard Kopcho, Treasurer
Adelaide P. Gomer, Secretary
Edward Asner

Dinah Bear
Peter G. Brown
Jeff Corwin
Irene Crowe
Gloria E. Flora
Caroline Gabel
Eric R. Glitzenstein
Liberty Godshall
Ashley Judd
Winsome McIntosh
Ruth Musgrave
Matt Pawa
Jaime Pinkham
Ron Pulliam
George B. Rabb
Laura Turner Seydel
Karin Sheldon
Lee M. Talbot
Susan Wallace

**(2) The Humane Society of the United States**

*Executive Staff:*

Anita W. Coupe, Chair
Jennifer Leaning, Vice Chair
Walter J. Stewart, Board Treasurer
Wayne Pacelle, President & CEO
Michael Markarian, Executive Vice President & Chief Operating Officer
G. Thomas Waite III, Treasurer & CFO
Roger A. Kindler, General Counsel, Vice President & CLO
Andrew N. Rowan, Chief International Officer & Chief Scientific Officer
Janet D. Frake, Secretary

*Board of Directors:*

Jeffrey Arciniaco
Peter A. Bender
Eric Bernthal
Barbara Brack
Neil B. Fang
Jane Greenspun Gale
Paula Kislak.
Dwight E. Lowell, II
Kathleen M. Linehan
John Mackey
William F. Mancuso
Mary I. Max
Patrick L. McDonnell
Judy Ney
Sharon Lee Patrick

Judy J. Peil
Marian G. Probst
Joshua S. Reichert
Andrew Weinstein
Persia White
David O. Wiebers
Lona Williams

**(3) Whale and Dolphin Conservation Society**

*Executive Staff:*

Sue Fisher, US Policy Director
Courtney Vail, Program Officer
Kate O'Connell, Program Officer
Sue Rocca, Biologist
Regina Asmutis-Silvia, Senior Biologist and Vessel Strike Program Director
Svatka Whitton, Administrator

*Board of Directors:*

Chris Butler-Stroud, President
Susan Fisher, Vice President
Jane Bryan, Treasurer
Gil Breiman, Secretary
Margaret Hill

**(4) The Natural Resources Defense Council**

*Executive Staff:*

Frances Beinecke, President
Peter Lehner, Executive Director
Patricia F. Sullivan, Deputy Director
Wesley Warren, Director of Programs
Felicia Marcus, Western Director

*Board of Directors:*

Daniel R. Tishman, Chair
Frederick A.O. Schwarz, Jr., Chair Emeritus
Adam Albright, Vice Chair
Patricia Bauman, Vice Chair
Robert J. Fisher, Vice Chair
Alan Horn, Vice Chair
Joy Covey, Treasurer
John H. Adams, Founding Director
Richard E. Ayres
Henry R. Breck
Anna Scott Carter

Susan Crown
Laurie P. David
Leonardo DiCaprio
John E. Echohawk
Bob Epstein
Michel Gelobter
Philip B. Korsant
Nicole Lederer
Maya Lin
Shelly B. Malkin
Josephine A. Merck
Peter A. Morton
Wendy Neu
Frederica Perera
Robert Redford
Laurance Rockefeller
Jonathan F.P. Rose
Thomas W. Roush
Philip (Pete) Ruegger III
Christine H. Russell
William H. Schlesinger
Wendy Schmidt
James Gustave Speth
Max Stone
James Taylor
Gerald Torres
Elizabeth Wiatt
George M. Woodwell

**(5) The Center for a Sustainable Coast**

*Executive Staff:*

David Kyler

*Board of Directors:*

Charlie Belin
Les Davenport
Jim Henry
Peter Krull
Charles Seabrook
Steve Willis

**(6) The Florida Wildlife Federation**

*Executive Staff:*

Manley K. Fuller, President and CEO

*Board of Directors:*

Linda Stanely
Janice Kerber
Jim Schuette
Jenny Brock
Glenn Griffith
Lynn Alan Thompson
James Higman
Richard Hamann
Debbie Keller
Ann Vanek-Dasovich
Jim Thomas
David White
Walt Brandon
Nancy Ross
Franklin Adams
Curt Kiser
Richard Kuepker
Robert E. Taylor
Robert Boone
Dan Kipnis
Tom Evans, Jr.
Jeff Humphries
Wanda Jones

**(7) The South Carolina Coastal Conservation League**

*Executive Staff*:

Dana Beach, Executive Director

*Board of Directors:*

Andrea Ziff Cooper
Berry Edwards
Dorothea Benton Frank
Laura Gates, Chair
Richard T. Hale
Hank Holliday
Holly Hook
Fred Lincoln

Cartter Lupton
Roy Richards
Jeffrey Schutz
Harriet Smartt
Libby Smith
Victoria C. Verity

**(8) The North Carolina Wildlife Federation**

*Executive Staff:*

Tim Gestwicki, President

*Board of Directors:*

Alen Baker, President
Dr. John Benbow, Immediate Past President
John Crutchfield, Vice President
Mike Thomas, Second Vice President
Scott Fletcher, Secretary
Terry Pratt
Ken Oppenheim
Kathleen M. McKeithan
Greg Pechmann
Joey Parris
John Lentz
Steve Turley
John G. Fuller
Tom Massie
Bill Kane
Bill McCabe
Michelle Pentecost
John Robbins
Susan K. Harris
Kelly Darden
Jennifer Braswell

**(9) Animal Welfare Institute**

*Executive Staff:*

Susan Millward, Executive Director

*Board of Directors:*

Cathy Liss

Barbara Buchanan
John Gleiber
Charly Jabbour
Mary Lee Jensvold
Cynthia Wilson
Michelle Walter

**(10) Ocean Mammal Institute**

*Executive Staff:*

Marsha Green, President

*Board of Directors:*

Philip Dougherty
Janice Lapkiewicz
Mary Polis
Roxanne Gupta
Sicily Masciotti

**(11) Citizens Opposing Active Sonar Threats**

*Executive Staff:*

Russell Wray, President

**(12) Cetacean Society International**

*Executive Staff:*

William W. Rossiter, President
Brent Hall, Vice-President
Jessica L. Dickens, Secretary
Barbara Kilpatrick, Treasurer
Leslie Shields, Past President
Donald Sineti, Past President
Robbins Barstow, Director Emeritus

*Board of Directors:*

Deborah Adams
Paul J. DiGangi
Martha Fitzgerald
David Kaplan
Paul Knapp, Jr.

A. Daniel Knaub
Heather Rockwell
Patricia Sullivan
George A. Upton
Nathalie Ward
Taffy L. Williams

The undersigned further certifies that the following is the known full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

**Attorney for Plaintiffs**

Dana F. Braun, Callaway, Braun, Riddle, & Hughes

**Attorney for Plaintiffs Defenders of Wildlife, the Humane Society of the United States, Whale and Dolphin Conservation Society, the Center for a Sustainable Coast, the South Carolina Coastal Conservation League, and the North Carolina Wildlife Federation**

Catherine M. Wannamaker, Southern Environmental Law Center

**Attorney for Plaintiff Defenders of Wildlife**

Sierra B. Weaver, Defenders of Wildlife (application for pro hac vice admission forthcoming)

**Attorney for Plaintiff The Humane Society of the United States**

Sarah Uhlemann, The Humane Society of the United States (application for pro hac vice admission forthcoming)

**Attorneys for Plaintiffs Animal Welfare Institute, Ocean Mammal Institute, Florida Wildlife Federation, Citizens Opposing Active Sonar Threats**

Stephen E. Roady, Earthjustice Legal Defense Fund (application for pro hac vice admission forthcoming)

**Attorneys for Plaintiffs Natural Resources Defense Council and Cetacean Society International**

Taryn G. Kiekow, Natural Resources Defense Council (applications for pro hac vice admission forthcoming)

So certified, this the 28th day of January, 2010

| | |
|---|---|
| /s Catherine M. Wannamaker | /s Dana F. Braun |
| Catherine M. Wannamaker | Dana F. Braun |
| GA Bar No. 811077 | Ga. Bar No. 078512 |
| Southern Environmental Law Center | Callaway, Braun, Riddle, & Hughes |
| 127 Peachtree St NE, Suite 605 | 301 West Congress Street |
| Atlanta, GA 30303-1840 | Savannah, GA 31412 |
| Phone: (404)521-9900 | Phone: (912) 238-2750 |
| Fax:    (404)521-9909 | Fax:    (912) 238-2767 |
| Email: cwannamaker@selcga.org | Email:  DBraun@CBRHLAW.COM |

COUNSEL FOR PLAINTIFFS
DEFENDERS OF WILDLIFE,
THE HUMANE SOCIETY OF
THE UNITED STATES; WHALE
AND DOLPHIN CONSERVATION
SOCIETY; THE CENTER FOR
A SUSTAINABLE COAST; AND THE SOUTH
CAROLINA COASTAL CONSERVATION
LEAGUE THE NORTH CAROLINA
WILDLIFE FEDERATION

COUNSEL FOR PLAINTIFFS